Argued December 20, 1973, motion to dismiss allowed
March 4, petition for review denied May 29, 1974

ROY QUEEN, *Petitioner, v.* BOARD OF
PAROLE, *Respondent.*

519 P2d 1053

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

MOTION TO DISMISS ALLOWED. *Sterling v. Board of Parole,* 16 Or App 481, 519 P2d 1047 (1974).